IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:17-cv-00190-GCM

SPENCER KREBS, MORGAN SWITZER,
DAVE WYATT, KRYSTAL HORSLEY,
JACENTA MARIE PRICE, and MARKISHA
DOBSON, on behalf of themselves and all
others similarly situated,

    Plaintiffs,

v.

CHARLOTTE SCHOOL OF LAW, LLC,
a North Carolina company,
INFILAW CORPORATION, a Delaware Corporation,
STERLING PARTNERS, an Illinois business entity,
STERLING CAPITAL PARTNERS IV,
LLC, d/b/a STERLING PARTNERS, a Delaware
Corporation, JAY CONISON, Dean of CSL,
CHIDI OGENE, President of CSL,
DON LIVELY, former President of CSL,
and the UNITED STATES DEPARTMENT OF
EDUCATION, a governmental agency,

    Defendants.

## ORDER ALLOWING MOTION FOR ADMISSION PRO HAC VICE – TIMOTHY C. BAILEY

THIS CAUSE, being heard by the Court on Motion of Plaintiffs for an Order admitting Timothy C. Bailey to appear in this litigation *pro hac vice* pursuant to LCvR 83.1; and

IT APPEARING TO THE COURT that the Motion should be allowed;

IT IS, THEREFORE, ORDERED that Timothy C. Bailey is admitted to appear in this litigation *pro hac vice* on behalf of Plaintiffs.

Signed: April 18, 2017

Graham C. Mullen
United States District Judge