IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-190-GCM

| | |
|---|---|
| **SPENCER KREBS**, *et al*,  )<br>　　　　　**Plaintiffs**,  )<br>v.  )<br>  )<br>**CHARLOTTE SCHOOL OF LAW, LLC**,  )<br>　　　　　**Defendants.**  )<br>  ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Nicholas M. Berg,** filed June 1, 2017 [doc. # 73].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Berg is admitted to appear before this court *pro hac vice* on behalf of Defendants, Sterling Capital Partners, LP, and Sterling Capital Partners GmbH & Co. KG.

**IT IS SO ORDERED.**

Signed: June 2, 2017

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge