IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JUN 19 2017
US District Court
Western District of NC

SPENCER KREBS, MORGAN SWITZER,
DAVE WYATT, KRYSTAL HORSLEY,
JACENTA MARIE PRICE, and MARKISHA
DOBSON, on behalf of themselves and all
others similarly situated,

        Plaintiffs,

v.

CHARLOTTE SCHOOL OF LAW, LLC,
a North Carolina company,
INFILAW CORPORATION, a Delaware Corporation,
INFILAW HOLDING, LLC, a Florida company,
STERLING CAPITAL PARTNERS, L.P.,
an Illinois business entity,
STERLING CAPITAL PARTNERS GMBH & CO. KG,
an Illinois business entity,
JAY CONISON, Dean of CSL,
CHIDI OGENE, President of CSL,
DON LIVELY, former President of CSL,
and the UNITED STATES DEPARTMENT OF
EDUCATION, a governmental agency,

        Defendants.

CASE NO. 3:17-cv-00190-GCM
ORDER GRANTING MOTION TO
SUBSTITUTE

On the 7th day of June, 2017, the Plaintiffs, by counsel, moved this Court to substitute Defendant Betsy DeVos, in her official capacity as Secretary of the United States Department of Education, as a real party in interest, in place of the previously named "United States Department of Education." Betsy DeVos's official address for purposes of service of process is 400 Maryland Avenue, SW, Washington, DC 20202. Upon due consideration of the joint motion, this Court hereby **GRANTS** the motion.

Accordingly, Defendant Betsy DeVos is substituted in the place of the previously named "United States Department of Education." It is further ordered that the caption of this case be amended to reflect this substitution.

**ENTERED** this _10th_ day of _June_, 2017.

Graham C. Mullen
**United States District Judge**