# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00190-GCM

| | |
|---|---|
| DAVE WYATT ) | |
| MORGAN SWITZER ) | |
| SPENCER KREBS ) | |
| KRYSTAL HORSLEY ) | |
| MARKISHA DOBSON ) | |
| JACENTA MARIE PRICE, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INFILAW HOLDING, LLC ) | |
| STERLING PARTNERS ) | |
| CHARLOTTE SCHOOL OF LAW, LLC ) | |
| INFILAW CORPORATION ) | |
| JAY CONISON ) | |
| CHIDI OGENE ) | |
| DON LIVELY ) | |
| STERLING CAPITAL PARTNERS IV, ) | |
| LLC ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION ) | |
| BETSY DEVOS ) | |
| STERLING CAPITAL PARTNERS GMBH ) | |
| & CO. KG ) | |
| STERLING CAPITAL PARTNERS, L.P., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court upon Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. Plaintiffs have filed a response and Defendants have filed a reply. After reviewing the briefs, the Court has determined that Plaintiffs should be allowed to conduct limited discovery as to the issue of personal jurisdiction over Defendants InfiLaw Holding, LLC and Don Lively. Plaintiffs shall have **45 DAYS** to complete such discovery and file a brief with the Court

incorporating any new evidence bearing on this issue. Defendants shall then have an opportunity to respond.

**IT IS SO ORDERED**

Signed: June 22, 2017

Graham C. Mullen
United States District Judge