UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:17-CV-00190

| | |
|---|---|
| SPENCER KREBS, MORGAN SWITZER, DAVE WYATT, KRYSTAL HORSLEY, JACENTA MARIE PRICE, AND MARKISHA DOBSON, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHARLOTTE SCHOOL OF LAW, LLC, a North Carolina company, INFILAW CORPORATION, a Delaware Corporation, INFILAW HOLDING, LLC, a Florida limited liability corporation, STERLING CAPITAL PARTNERS, L.P., a Delaware limited parne, STERLING CAPITAL PARTNERS GMBH & CO. KG, an Illinois business entity, JAY CONISON, Dean of CSL, CHIDI OGENE, President of CSL, DON LIVELY, former President of CSL, and the UNITED STATES DEPARTMENT OF EDUCATION, a governmental agency,<br><br>  Defendants. | **MOTION FOR PROTECTIVE ORDER BY DEFENDANTS STERLING CAPITAL PARTNERS, L.P. AND STERLING CAPITAL PARTNERS GMBH & CO. KG** |

NOW COME Defendants Sterling Capital Partners, L.P. and Sterling Capital Partners GmbH & Co. KG (collectively, the "Sterling Entities"), moving for a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure relieving the Sterling Entities from any obligation to respond to Plaintiffs' discovery requests dated July 11, 2017. In support of this Motion for Protective Order (the "Motion") and as more fully explained in the accompanying Memorandum of Law under Local Rule 7.1(C), the Sterling Entities state the following:

1. <u>First</u>, the discovery sought by Plaintiffs has not been authorized by this Court. The discovery order entered by the Court on June 22, 2017, permitted Plaintiffs to "conduct limited discovery as to the issue of personal jurisdiction over Defendants InfiLaw Holding, LLC and Don Lively." [Docket #87]. The order does not authorize discovery of the Sterling Entities.

2. <u>Second</u>, Plaintiffs' requests far exceed the scope of limited jurisdictional discovery. The bulk of the 50 requests directed to each of the Sterling Entities are (1) unrelated to this case; (2) substantive rather than jurisdictional; (3) unrelated to InfiLaw Holding, LLC or Don Lively; or (4) generally overbroad or unduly burdensome.

As required by Rule 26(c)(1) and LCvR 7.1(B), counsel for the Sterling Entities conferred with counsel for Plaintiffs on July 26, 2017, in an effort to resolve this issue without court action. The parties were unable to reach a resolution.[1]

For the foregoing reasons and as more fully explained in the accompanying brief, the Sterling Entities respectfully request that a protective order be entered relieving them of any obligation to respond to Plaintiffs' discovery requests.

---

[1] Counsel is aware that the Court's form Pretrial Order and Case Management Plan contains an additional requirement that counsel request a conference with the Court prior to filing a motion related to discovery. Because no Pretrial Order and Case Management Plan has been entered at this preliminary stage of this case, the Sterling Entities have not requested a conference prior to filing this motion, but the Sterling Entities stand ready to confer with the Court upon its request.

This the 26th day of July, 2017.

/s/_Robert E. Harrington_____
Robert E. Harrington
N.C. Bar No. 26967
rharrington@robinsonbradshaw.com

Adam K. Doerr
N.C. Bar No. 37087
adoerr@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

     AND

**ROPES & GRAY LLP**

/s/ Nicholas M. Berg_____
Peter L. Welsh (appearing pro hac vice)
William L. Roberts (appearing pro hac vice)
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
(617) 951-7865
(617) 951-7313
peter.welsh@ropesgray.com
william.roberts@ropesgray.com

Nicholas M. Berg (appearing pro hac vice)
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
(312) 845-1322
nicholas.berg@ropesgray.com

*Attorneys for Defendants Sterling Capital Partners, L.P.*
*and Sterling Capital Partners GmbH & Co. KG*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today with the United States District Court, Western District of North Carolina using the Court's CM/ECF system on the following counsel of record:

Anthony J. Majestro
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
amajestro@powellmajestro.com

D. Blake Carter, Jr.
Timothy C. Bailey
Bailey Javins & Carter, LC
213 Hale Street
Charleston, WV 25301
jcarter@bjc4u.com; tbailey@bjc4u.com


Douglas B. Abrams
Noah B. Abrams
Abrams & Abrams, P.A.
1526 Glenwood Avenue
Raleigh, NC 27608
dabrams@abramslawfirm.com;
nabrams@abramslawfirm.com

Debbie Weston Harden
Sarah Motley Stone
Womble, Carlyle, Sandridge & Rice, PLLC
One Wachovia Center, Suite 3500
301 South College St.
Charlotte, NC 28202
dharden@wcsr.com
smotley@wcsr.com


Johnny M. Loper
Womble, Carlyle, Sandridge & Rice
555 Fayetteville Street, Suite 1100
Raleigh, NC 27602
jloper@wcsr.com

Michael Hays
David Mills
Cooley, LLP
1299 Pennsylvania Avenue, N.W, Suite 700
Washington, DC 20004
mhays@cooley.com
dmills@cooley.com


This 26th day of July, 2017.

/s/ Robert E. Harrington
Robert E. Harrington

4