| | |
|---|---|
| SPENCER KREBS, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL RESPONSE TO PLAINTIFFS' <u>SUPPLEMENTAL PERSONAL JURISDICTION BRIEF</u>

Upon consideration of Defendants' Unopposed Motion to File Defendants' Response to Plaintiffs' Supplemental Brief Opposing InfiLaw Holding, LLC and Don Lively's Motion to Dismiss for Lack of Personal Jurisdiction and Supporting Exhibit Under Seal, it is this the    day of September 2017, hereby:

ORDERED that the Motion be, and hereby is, granted in its entirety, and further ORDERED that Defendants' Response to Plaintiffs' Supplemental brief remain under seal until further determination by this Court.

Signed: September 21, 2017

Graham C. Mullen
United States District Judge