IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-CV-00190-GCM

SPENCER KREBS, MORGAN )
SWITZER, DAVE WYATT, KRYSTAL )
HORSLEY, JACENTA MARIE PRICE, )
and MARKISHA DOBSON, on behalf of )
themselves and all others similarly )
situated, )
)
        Plaintiffs, )
)
   vs. )
)
CHARLOTTE SCHOOL OF LAW, LLC, )
INFILAW CORPORATION, )
STERLING PARTNERS, STERLING )
CAPITAL PARTNERS IV, LLC dba )
STERLING PARTNERS, JAY )
CONISON, CHIDI OGENE, DON )
LIVELY, and the UNITED STATES )
DEPARTMENT OF EDUCATION, )
)
        Defendants. )
)

**ORDER ON ADMISSION OF
ROBERT CAHILL
PRO HAC VICE**

      THIS MATTER is before the court on the Motion for Admission to practice *pro hac vice*
for Robert Cahill.

      IT IS HEREBY ORDERED that Robert Cahill is admitted *pro hac vice* as counsel for
defendants Charlotte School of Law, LLC, and InfiLaw Corporation, Jay Conison, Chidi Ogene,
and Don Lively in this action.

Signed: October 2, 2017

Graham C. Mullen
United States District Judge