IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00190-GCM

| | |
|---|---|
| SPENCER KREBS<br>MORGAN SWITZER<br>DAVE WYATT<br>KRYSTAL HORSLEY<br>JACENTA MARIE PRICE<br>MARKISHA DOBSON,<br>ON BEHALF OF THEMSELVES AND<br>ALL OTHERS SIMILARLY SITUATED, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| CHARLOTTE SCHOOL OF LAW, LLC<br>INFILAW CORPORATION<br>INFILAW HOLDING, LLC<br>JAY CONISON<br>CHIDI OGENE<br>DON LIVELY<br>BETSY DEVOS, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

This matter is before the Court upon motion of Defendants' Infilaw Holding, LLC and Don Lively to dismiss for lack of personal jurisdiction. A hearing was held in this matter on November 9, 2017. For the reasons stated in open court,

IT IS THEREFORE ORDERED that the Motion to Dismiss for lack of personal jurisdiction is hereby GRANTED, and Defendants Don Lively and Infilaw Holding, LLC are hereby dismissed without prejudice.

Signed: November 13, 2017

Graham C. Mullen
United States District Judge